## UNITED STATES BANKRPUTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    Debtor,

_____/

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for Special
Needs Trust Administration, Inc.

    Plaintiff,

v.

BIG STORM REAL ESTATE LLC, BRIAR
CAPITAL REAL ESTATE FUND LLC,
MJMRBM LLC and PEDRO FALCON,

    Defendants.

_____/

Case No. 8-24-bk-00676-RCT
Chapter 11

Adversary Pro. No. 8:25-ap-00048

## MJMRBM'S ANSWER AND DEFENSES TO
## COMPLAINT FOR DAMAGES, INJUNCTIVE AND OTHER RELIEF

Defendant MJMRBM LLC ("MJMRBM"), by its undersigned attorneys, presents the

following Answer and Defenses in response to the Complaint for Damages, Injunctive and Other

Relief filed herein by Plaintiff MICHAEL GOLDBERG as Chapter 11 Trustee ("Chapter 11

Trustee").

### ANSWER

Answering the correspondingly numbered allegations of the Chapter 11 Trustee's

Complaint, MJMRBM states as follows:

### INTRODUCTION

1.    Without knowledge, therefore denied.

2.    Without knowledge, therefore denied.

3.    Without knowledge, therefore denied.

4.      Without knowledge, therefore denied.

5.      Without knowledge, therefore denied.

6.      Without knowledge, therefore denied.

7.      Without knowledge, therefore denied.

8.      Without knowledge, therefore denied.

## THE PARTIES

9.      Without knowledge, therefore denied.

10.     Without knowledge, therefore denied.

11.      Without knowledge, therefore denied.

12.     Without knowledge, therefore denied.

13.     Without knowledge, therefore denied.

14.     Without knowledge, therefore denied.

15.     Admitted, except denied that MJMRBM maintains a principal address at 6150-G

Memorial Highway, Tampa, Florida 33615.

16.     Without knowledge, therefore denied.

## JURISDICTION AND VENUE

17.     Without knowledge, therefore denied.

18.     Without knowledge, therefore denied.

19.     Without knowledge, therefore denied.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

I.      **Procedural History**

20.     Without knowledge, therefore denied.

21.     Without knowledge, therefore denied.

22.     Without knowledge, therefore denied.

23.     Without knowledge, therefore denied.

II.     **Background**

    **A. The Debtor's Business.**

24.     Without knowledge, therefore denied.

25.     Without knowledge, therefore denied.

26.     Without knowledge, therefore denied.

27.     Without knowledge, therefore denied.

28.     Without knowledge, therefore denied.

29.     Without knowledge, therefore denied.

30.     Without knowledge, therefore denied.

31.     Without knowledge, therefore denied.

    **B. Govoni's Relationship to the Debtor.**

32.     Without knowledge, therefore denied.

33.     Without knowledge, therefore denied.

34.     Without knowledge, therefore denied.

35.     Without knowledge, therefore denied.

36.     Without knowledge, therefore denied.

    **C. The Initial Fradulent Transfers to BFG.**

37.     Without knowledge, therefore denied.

38.     Without knowledge, therefore denied.

39.     Without knowledge, therefore denied.

40.     Without knowledge, therefore denied.

41.  Without knowledge, therefore denied.

42.  Without knowledge, therefore denied.

43.  Without knowledge, therefore denied.

44.  Without knowledge, therefore denied.

45.  Without knowledge, therefore denied.

**D.  The Subsequen Transfers and Real Property.**

46.  Without knowledge, therefore denied.

47.  Without knowledge, therefore denied.

48.  Without knowledge, therefore denied.

49.  Without knowledge, therefore denied.

50.  Without knowledge, therefore denied.

51.  Without knowledge, therefore denied.

52.  Without knowledge, therefore denied.

53.  Without knowledge, therefore denied.

54.  Without knowledge, therefore denied.

**E.  The MJMRPM Transfers.**

55.  Admitted.

56.  Admitted that BSRE made monthly mortgage payments to MJMRBM; otherwise
denied.

**F.  The BCRE Transfers.**

57.  Denied.

58.  Denied.

**G. The Falcon Transfers.**

59.     Without knowledge, therefore denied.

60.     Without knowledge, therefore denied.

61.     Without knowledge, therefore denied.

62.     Without knowledge, therefore denied.

63.     Without knowledge, therefore denied.

64.     Without knowledge, therefore denied.

65.     Without knowledge, therefore denied.

66.     Without knowledge, therefore denied.

67.     Without knowledge, therefore denied.

68.     Without knowledge, therefore denied.

## COUNT I
### ACTION TO AVOID FRADULENT TRANSFERS
### PURSUANT TO 11 U.S.C. § 544 AND § 726.105(1)(b), FLA. STAT.
(Against all Defendants)

69.     MJMRBM realleges its responses to paragraphs 1-68 above.

70.     Without knowledge, therefore denied.

71.     Without knowledge, therefore denied.

72.     Without knowledge, therefore denied.

73.     Without knowledge, therefore denied.

74.     Without knowledge, therefore denied.

75.     Without knowledge, therefore denied.

76.     Without knowledge, therefore denied.

## COUNT II
## ACTION TO AVOID FRAUDULENT TRANSFERS
## PURSUANT TO 11 U.S.C. §544 and §726.106(1), FLA. STAT.
### (Against all Defendants)

77.    MJMRBM realleges its responses to paragraphs 1-68 above.

78.    Without knowledge, therefore denied.

79.    Without knowledge, therefore denied.

80.    Without knowledge, therefore denied.

81.    Without knowledge, therefore denied.

82.    Without knowledge, therefore denied.

83.    Without knowledge, therefore denied.

84.    Without knowledge, therefore denied.

## COUNT III
## ACTION TO AVOID FRAUDULENT TRANSFERS
## PURSUANT TO 11 U.S.C. §548(a)(1)(B)
### (Against all Defendants)

85.    MJMRBM realleges its responses to paragraphs 1-68 above.

86.    Without knowledge, therefore denied.

87.    Without knowledge, therefore denied.

88.    Without knowledge, therefore denied.

89.    Without knowledge, therefore denied.

90.    Without knowledge, therefore denied.

## COUNT IV
## ACTION TO RECOVER PROPERTY TRANSFERRED OR VALUE
## OF SUCH PROPERTY AND OBTAIN INJUNCTIVE RELIEF
## 11 U.S.C. §550 AND/OR §§726.108 AND 126.109, FLA. STAT.
### (Against all Defendants)

91.    MJMRBM realleges its responses to paragraphs 1-68 above.

92.     Without knowledge, therefore denied.

93.     Without knowledge, therefore denied.

94.     Without knowledge, therefore denied.

95.     Without knowledge, therefore denied.

96.     Without knowledge, therefore denied.

97.     Without knowledge, therefore denied.

98.     Without knowledge, therefore denied.

## COUNT V
## UNJUST ENRICHMENT
### (Against BSRE only)

99. – 103.     The allegations in these paragraphs are not directed to MJMRBM and accordingly no response is made there.

## COUNT VI
## CONVERSION
### (Against BSRE only)

104. – 107.     The allegations in these paragraphs are not directed to MJMRBM and accordingly no response is made there.

## COUNT VII
## MONEY HAD AND RECEIVED/RESTITUTION
### (Against BSRE only)

108. – 113.     The allegations in these paragraphs are not directed to MJMRBM and accordingly no response is made there.

## COUNT VIII
## ACTION TO AVOID FRAUDULENT TRANSFERS
## PURSUANT TO §726.106(1), FLA. STAT.
### (Against BSRE only)

114. – 120. The allegations in these paragraphs are not directed to MJMRBM and accordingly no response is made there.

## COUNT IX
## ACTION TO AVOID FRAUDULENT TRANSFERS
## PURSUANT TO § 726.105(1)(b), FLA. STAT.
### (Against BSRE only)

121. – 126.   The allegations in these paragraphs are not directed to MJMRBM and accordingly no response is made there.

## COUNT X
## ACTION TO RECOVER PROPERTY TRANSFERRED OR VALUE
## OF SUCH PROPERTY AND OBTAIN INJUNCTIVE RELIEF
## PURSUANT TO §§ 726.108 AND 726.109, FLA. STAT.
### (Against BSRE only)

127. – 133.   The allegations in these paragraphs are not directed to MJMRBM and accordingly no response is made there.

### Defenses

### FACTUAL BACKGROUND

1.   On or about February 15, 2018, BSRE purchased valuable real estate located at 12924 49th Street, Clearwater Florida ("Real Estate") from MJMRBM.

2.   Contemporaneously therewith, BSRE, the mortgagor executed a fully secured purchase money mortgage (the "Mortgage") in favor of MJMRBM, the mortgagee and a promissory note (the "Note).

3.   A copy of the mortgage is attached to the Complaint at the end of Exhibit C and recorded in the Pinellas County Public Records at O.R. Book 19944, Page 2557.

4.   The Note matured on March 15, 2023, although BRSE requested an extension, which was granted.

5.   On June 14, 2024, BSRE paid off the Note in exchange for a satisfaction of the Mortgage.

### First Affirmative Defense – Failure to State Claim

MJMRBM hereby files as it first affirmative defense the failure to state a claim upon which relief can be granted, and further states:

6.   MJMRBM incorporates by reference allegation 1 through 5.

7.    The BSRE (purported initial transferee) received the Real Estate for the MJMRBM Transfers.

8.    The transfers represented the payment(s) of a purchase money mortgage on Real Property located at 12924 49th St N, Pinellas Park, FL 33762 sold by MJMRBM to BSRE on or about February 15, 2018.

9.    The purchase price was at the current fair market value of the Real Estate.

10.    The sale was made in good faith without knowledge of purported transfers from the Debtor.

11.    Thus, the Complaint fails to support a cause of action for transfers for no value.

**WHEREFORE,** MJMRBM respectfully requests that Judgment be entered against the Chapter 11 Trustee, and for other relief the Court deems proper.

## Second Affirmative Defense – 11 U.S.C. §§ 548(c)/550(b)

MJMRBM hereby files as it second affirmative defense pursuant to 11 U.S.C. §§ 584(c)/550(b), and further states:

12.    MJMRBM incorporates by reference allegation 1 through 11.

13.    There is no dispute that MJMRBM received payments for BSRE's purchase of the Real Estate.

14.    Those payments were in satisfaction of a debt owed by BSRE in good faith and without knowledge.

15.    Thus, pursuant to 11 U.S.C. §§ 548(c), and 550(b) MJMRBC may retain the payoff of its Mortgage.

**WHEREFORE,** MJMRBM respectfully requests that Judgment be entered against the Chapter 11 Trustee, and for other relief the Court deems proper.

/s/ Randall P. Mueller
Randall P. Mueller
Florida Bar No. 866921
**Carey, O'Malley, Whitaker, Mueller, Roberts & Smith, P.A.**
712 South Oregon Avenue
Tampa, Florida 33606
Phone: (813) 250-0577
Facsimile: (813) 250-9898
rmueller@careyomalley.com

/s/ Curran K. Porto
Curran K. Porto
Florida Bar No. 39470
**Curran K. Porto, P.A./Southern Elder Law**
410 S Ware Blvd., Suite 800
Tampa, Florida 33619-4456
Phone: (813) 626-0088
Facsimile: (813) 626-5252
curran@southernelderlaw.com
*Co-Counsel for MJMRBM LLC*

amorgan@careyomalley.com
*Co-Counsel for MJMRBM LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2025, a true and correct copy of the foregoing has

been served electronically via the Florida Courts E-Filing Portal to all registered participants.

/s/ *Randall P. Mueller*
Attorney