[Docdstka] [ORDER CONDITIONALLY STRIKING]

ORDERED.

**Dated: March 14, 2025**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
The Center for Special Needs Trust Administration, Inc.

Case No. 8:24−bk−00676−RCT

Chapter 11

‾‾‾‾‾‾‾‾ Debtor* ‾‾‾‾‾‾‾‾/

Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc.

   Plaintiff*

vs.

Adv. Pro. No. 8:25−ap−00048−RCT

Big Storm Real Estate LLC
et al
‾‾‾‾‾‾‾‾ Defendant* ‾‾‾‾‾‾‾‾/

## *ORDER CONDITIONALLY STRIKING*

   THIS PROCEEDING came on for consideration, without hearing, of the Notice of Appearance and Request for Notice as Additional Counsel filed by Randall P. Mueller and Curran Kim Porto on behalf of MJMRBM LLC on March 12, 2025 . The document is deficient in that it does not contain an attestation substantially in compliance with Local Rule 1001−2(g)(3)(B) or a scanned signature page that contains all necessary signatures pursuant to Local Rule 1001−2(g)(3)(A). Accordingly, it is

   **ORDERED:**

   MJMRBM LLC is directed to cure the deficiency within seven (7) days from the date of the entry of this Order. In the event that an amended document is not filed with the deficiency cured, the document shall be deemed stricken from the record.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.