**[Docdstka]** [ORDER CONDITIONALLY STRIKING]

ORDERED.

**Dated: March 25, 2025**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 8:24–bk–00676–RCT

The Center for Special Needs Trust                 Chapter 11
Administration, Inc.

_____Debtor*_____/

Michael Goldberg, as Chapter 11 Trustee of the
estate of Debtor, The Center for Special Needs
Trust Administration, Inc.

              Plaintiff*

                                                               Adv. Pro. No. 8:25–ap–00048–RCT
vs.

Big Storm Real Estate LLC
et al
_____Defendant*_____/

### *ORDER CONDITIONALLY STRIKING*

THIS PROCEEDING came on for consideration, without hearing, of the Statement of Corporate Ownership filed by Defendant MJMRBM LLC on March 24, 2025 . The document is deficient in that it does not contain an attestation substantially in compliance with Local Rule 1001–2(g)(3)(B) or a scanned signature page that contains all necessary signatures pursuant to Local Rule 1001–2(g)(3)(A). Accordingly, it is

**ORDERED:**

Defendant MJMRBM LLC is directed to cure the deficiency within seven (7) days from the date of the entry of this Order. In the event that an amended document is not filed with the deficiency cured, the document shall be deemed stricken from the record.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.