[Docdstka] [ORDER CONDITIONALLY STRIKING]

ORDERED.

**Dated: June 30, 2025**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>The Center for Special Needs Trust Administration, Inc.<br><br>        Debtor*        / | Case No. 8:24−bk−00676−RCT<br>Chapter 11 |
| Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc.<br><br>        Plaintiff* | |
| vs.<br><br>Big Storm Real Estate LLC<br>MJMRBM LLC; Briar Capital Real Estate Fund LLC<br>        Defendant*        / | Adv. Pro. No. 8:25−ap−00048−RCT |

### *ORDER CONDITIONALLY STRIKING*

   THIS PROCEEDING came on for consideration, without hearing, of the Stipulation for Dismissal as to MJMRBM LLC filed by Defendant MJMRBM LLC on June 27, 2025 . The document is deficient in that it does not contain an attestation substantially in compliance with Local Rule 1001−2(g)(3)(B) or a scanned signature page that contains all necessary signatures pursuant to Local Rule 1001−2(g)(3)(A). Accordingly, it is

   **ORDERED:**

   Defendant MJMRBM LLC is directed to cure the deficiency within seven (7) days from the date of the entry of this Order. In the event that an amended document is not filed with the deficiency cured, the document shall be deemed stricken from the record.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.