**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | Adv. Proc. No. 8:25-ap-00048-RCT |
| Plaintiff, | |
| v. | |
| BIG STORM REAL ESTATE LLC, BRIAR CAPITAL REAL ESTATE FUND LLC, MJMRBM LLC and PEDRO FALCON, | |
| Defendants. | |

**MOTION FOR ENTRY OF DEFAULT BY CLERK**
**AGAINST DEFENDANT, BIG STORM REAL ESTATE LLC**

Plaintiff, Michael Goldberg, as Chapter 11 Trustee ("Chapter 11 Trustee") of the estate of Debtor, The Center for Special Needs Trust Administration, Inc., by and through undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 7055 and Local Rule 7055-2, Local Rules for the United States Bankruptcy Court, Middle District of Florida, moves for entry of a default against Defendant, Big Storm Real Estate LLC, a Florida limited liability company ("BSRE"), for failure to timely file a responsive pleading as required by law, and as grounds therefore states:

82577191;1

1. The Chapter 11 Trustee filed his Complaint for Damages, Injunctive and Other Relief (the "Complaint") on February 7, 2025.

2. A Summons was issued by the Clerk on February 11, 2025.

3. A copy of the Complaint and Local Rule 7001-1 together with the Summons were served on February 11, 2025, by U.S. mail to BSRE Attn. its Registered Agent, Leo Joseph Govoni, 12707 49th Street N., Suite 200, Clearwater, FL 33762.

4. Timely service was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedure.

5. BSRE has failed to submit a responsive pleading to the Complaint within the time period prescribed by law.[1]

6. No extension of time for serving such a pleading has been sought or obtained by BSRE.

7. Rule 7055, Federal Rules of Bankruptcy Procedure, states that Rule 55, Federal Rules of Civil Procedure, applies to defaults and entries of default. Rule 55, Federal Rules of Civil Procedure, in turn, states that a default may be entered when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that fact is made to appear by affidavit or otherwise. Upon such showing, the clerk of the court is authorized to enter a default.

8. On June 16, 2025, BSRE filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, initiating the case styled *In re Big Storm Real Estate, LLC*, Case No: 8:25-bk-04024-RCT (the "BSRE Bankruptcy Case"). The BSRE Bankruptcy Case is being jointly

---

[1] On June 30, 2025, Jake C. Blanchard filed a Notice of Appearance (ECF No. 35) on behalf of BSRE, but has not filed a responsive pleading.

82577191;1

administered with Big Storm Brewery, LLC and Big Storm Pinellas, LLC under Case No. 8:25-bk-04026-RCT (the "Big Storm Bankruptcy Case").

9. On July 2, 2025, the Chapter 11 Trustee filed an Agreed Motion for Prospective Relief from Stay (ECF No. 44) in the Big Storm Bankruptcy Case.

10. On July 21, 2025, the Court entered the Order Granting Agreed Motion for Relief from the Automatic Stay to Permit Trustee to Seek Clerk's Default and Default Judgment in Adversary Proceeding (ECF No. 60).

WHEREFORE, Plaintiff, Michael Goldberg, as Chapter 11 Trustee, moves for entry of default against Defendant, Big Storm Real Estate LLC, a Florida limited liability company, and for any other relief this Court deems just and equitable.

Dated: August 1, 2025

AKERMAN LLP

By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    John L. Dicks II
    Florida Bar No.: 89012
    Email: john.dicks@akerman.com
    Raye C. Elliott
    Florida Bar No.: 18732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 1, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record, and that a true and correct copy of the foregoing was served by electronic mail to Joshua Rizack, Chief Restructuring Officer, at jrizack@therisinggroup.com, and by U.S mail to:

Big Storm Real Estate LLC
Attn. its Registered Agent,
Leo Joseph Govoni,
12707 49th Street N., Suite 200
Clearwater, FL 33762

Big Storm Real Estate, LLC
12707 49th Street N., Suite 500
Clearwater, FL 33762

                                                */s/ Steven R. Wirth*
                                                Attorney