ORDERED.

Dated: **November 03, 2025**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

| | |
|---|---|
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No. 8-24-bk-00676-RCT<br>Chapter 11 |
| Debtor. | |

| | |
|---|---|
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | Adv. No. 8:25-ap-00048-RCT |
| Plaintiff,<br>v. | |
| BIG STORM REAL ESTATE LLC, BRIAR CAPITAL REAL ESTATE FUND LLC, MJMRBM LLC and PEDRO FALCON, | |
| Defendants. | |

### CONSENT FINAL JUDGMENT AS TO ALL COUNTS OF THE COMPLAINT AGAINST DEFENDANT BIG STORM REAL ESTATE LLC

This Adversary Proceeding is before the Court upon the Complaint of Michael Goldberg, the Chapter 11 Trustee of the Debtor ("Chapter 11 Trustee"), for turnover of estate property that was transferred to Defendant, Big Storm Real Estate LLC, as both an initial and subsequent transferee. Upon the stipulation of the Chapter 11 Trustee and the Defendant, it is

2

**ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiff, Michael Goldberg, as the Chapter 11 Trustee of the estate of The Center for Special Needs Trust Administration, Inc. shall recover from the Defendant, Big Storm Real Estate LLC, $8,931,897.20, with interest accruing at the statutory rate, for which let execution issue.

2. The last known addresses of the Judgment Debtor is: Big Storm Real Estate LLC, 12707 49th Street N., Suite 200, Clearwater, FL 33762.

3. Further, Defendant Big Storm Real Estate LLC agrees to and the Court hereby imposes a constructive trust on all of the Defendant's real and personal property, anywhere located, dating back to August 7, 2015, in favor of the estate of Debtor, The Center for Special Needs Trust Administration, Inc., which is the first date that the Defendant began to acquire the property absconded from the Debtor.

4. Plaintiff's address is 201 East Las Olas Boulevard Suite 1800 Fort Lauderdale, FL 33301

5. The Court retains jurisdiction to enter further orders that are proper and to enforce this Judgment.

**CONSENT**

Plaintiff Michael Goldberg, the Chapter 11 Trustee of the Debtor, and Defendant Big Storm Real Estate LLC, hereby consent to entry of the foregoing Consent Final Judgment.

| | |
|---|---|
| Michael Goldberg, as the Chapter 11 Trustee of the estate of The Center for Special Needs Trust Administration, Inc.<br><br>By: _/s/ Michael I. Goldberg_<br>Michael I. Goldberg,<br>Plaintiff and Chapter 11 Trustee | Big Storm Real Estate LLC,<br><br>By: _/s/ Joshua Rizack_<br>*CRO for Defendant* |

Clerk's Office to serve.

2